JS-6

Harold M. Hewell (Cal. SBN: 171210)
*hmhewell@hewell-lawfirm.com*
HEWELL LAW FIRM
105 West F Street, Second Floor
San Diego, California 92101
(619) 235-6854
(888) 298-0177 (f)
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE

| | |
|---|---|
| **BONNIE ZEPF,** as an individual,<br><br>*Plaintiff,*<br><br>vs.<br><br>**GREENPOINT MORTGAGE FUNDING, INC.,** a New York corporation, **AURORA LOAN SERVICES LLC,** a Delaware corporation, **CAL-WESTERN RECONVEYANCE CORPORATION,** a California corporation, and **DOES 1** through **20,** inclusive,<br><br>*Defendants.* | NO.: 2:09-cv-08260-GAF-DTB<br>ORDER ON<br>NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br>[FED. R. CIV. P. 41(a)(1)]<br><br>*Jury Trial Requested* |

**TO THE COURT, THE CLERK, AND ALL ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Bonnie Zepf, plaintiff in the above-entitled action, on behalf of herself individually, voluntarily dismisses

1  without prejudice the entire action and all claims therein pursuant to Fed. R.
2  Civ. P. 41(a)(1), no responsive pleading or motion for summary judgment
3  having been filed in the matter. This dismissal is being sought in order to
4  file this action in the Superior Court of California, a more proper venue for
5  litigation of the California statutory claims and common law causes of
6  action she intends to pursue.

Respectfully submitted,

HEWELL LAW FIRM

Dated: August 6, 2010.         s/ Harold M. Hewell
                                Harold M. Hewell

**IT IS SO ORDERED.**

DATED: August 10, 2010

*/s/ Gary Feess*

**UNITED STATES DISTRICT JUDGE**